UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP HASSRICK, | No. C-14-02910 DMR |
| Plaintiff(s), | **ORDER ADMINISTRATIVELY CLOSING CASE** |
| v. | |
| BAHR EL JEBEL SAFARIS SA DE CV, | |
| Defendant(s). | |

The court has received Plaintiff Phillip Hassrick's request for a six-month continuance. [Docket No. 5.] The request is granted. The court orders the administrative closure of this case. Within seven days of service of the Complaint on Defendants in Mexico, Plaintiff shall file with the court a notice to reopen the case and request for an initial Case Management Conference. If the case is not reopened by April 23, 2015, the case will be dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED.

Dated: September 23, 2014

DONNA M. RYU
United States Magistrate Judge