UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP HASSRICK, | No. C-14-02910 DMR |
| Plaintiff, | **ORDER TO SUBMIT ADMINISTRATIVE MOTION** |
| v. | |
| BAHR EL JEBEL SAFARIS SA DE CV, | |
| Defendant. | |

On or around October 10, 2014, Plaintiff Phillip Hassrick submitted to the Clerk of the Court a proposed Request for International Judicial Assistance (Letter Rogatory) to the courts of Mexico. In order to request the court's action on the proposed documents, Plaintiff shall file a motion for administrative relief pursuant to Civil Local Rule 7-11 setting forth the action requested, the reasons supporting the request, and a proposed order. Any factual contentions made in support of the motion must be supported by an affidavit or declaration pursuant to Civil Local Rule 7-5.

The court refers Plaintiff to the section "Representing Yourself" on the Court's website, located at http://cand.uscourts.gov/proselitigants, as well as the Court's Legal Help Centers for unrepresented parties. In San Francisco, the Legal Help Center is located on the 15th Floor, Room 2796, of the United States Courthouse, 450 Golden Gate Avenue, San Francisco. In Oakland, the Legal Help Center is located on the 4th Floor, Room 470S, of the United States Courthouse, 1301 Clay Street, Oakland.

IT IS SO ORDERED.

Dated:  October 30, 2014



DONNA M. RYU
United States Magistrate Judge