UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP HASSRICK,<br><br>        Plaintiff,<br><br>        v.<br><br>BAHR EL JEBEL SAFARIS SA DE CV,<br><br>        Defendant.<br>_____/ | No. C-14-02910 DMR<br><br>**ORDER TO SUBMIT ADMINISTRATIVE MOTION BY DECEMBER 5, 2014** |

On October 30, 2014, the court ordered Plaintiff Phillip Hassrick to file a motion for administrative relief pursuant to Civil Local Rule 7-11 in order to request action on proposed Request for International Judicial Assistance (Letter Rogatory) to the courts of Mexico. [Docket No. 7.] No such motion has been filed. The court hereby orders Plaintiff to file any such motion no later than **December 5, 2014.**

The court refers Plaintiff to the section "Representing Yourself" on the Court's website, located at http://cand.uscourts.gov/proselitigants, as well as the Court's Legal Help Centers for unrepresented parties. In San Francisco, the Legal Help Center is located on the 15th Floor, Room 2796, of the United States Courthouse, 450 Golden Gate Avenue, San Francisco. In Oakland, the Legal Help Center is located on the 4th Floor, Room 470S, of the United States Courthouse, 1301 Clay Street, Oakland.

IT IS SO ORDERED.

Dated: November 14, 2014

```
_____
DONNA M. RYU
United States Magistrate Judge
```