UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PHILLIP HASSRICK,

    Plaintiff(s),

v.

BAHR EL JEBEL SAFARIS SA DE CV,

    Defendant(s).

No. C-14-02910 DMR

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On July 24, 2014, Plaintiff filed suit in this Court. Plaintiff subsequently moved for a six-month continuance, and the court administratively closed the case on September 23, 2014. [Docket No. 6.] Plaintiff later submitted a proposed Request for International Judicial Assistance to the court of Mexico. On October 30, 2014, the court ordered him to file a motion for administrative relief pursuant to Civil Local Rule 7-11, and on November 14, 2014, the court ordered him to file such a motion by December 5, 2014. [Docket Nos. 7, 8.] No such motion has been filed.

Accordingly, the court ORDERS Plaintiff to respond by **January 9, 2015** and explain why this case should not be dismissed for failure to prosecute, or alternatively, file the motion for administrative relief that was the subject of the court's previous orders. Failure to respond by January 9, 2015 may result in dismissal of this action.

IT IS SO ORDERED.

Dated: December 15, 2014



_____
DONNA M. RYU
United States Magistrate Judge